Opinion adopted by the Supreme Court.

**DOAN et al. v. CATTLE RAISERS LOAN CO. et al.**

No. 21564.

Supreme Court of Texas.

Oct. 30, 1935.

W. H. Penix, of Mineral Wells, for plaintiffs in error.

R. M. Rowland and S. C. Rowe, both of Ft. Worth, and Leon L. Mott, of Houston, for defendants in error.

PER CURIAM.

The application for writ of error is refused because of our approval of the decision of the Court of Civil Appeals holding that the Act of the Legislature (Vernon's Ann. Civ. St. art. 2320—a) involved in the cause is in contravention of article 1, § 16, of the Constitution of Texas. We deem it unnecessary to determine, and we do not determine, whether the act violates any provision of the Constitution of the United States.